82,546-01

IN THE COURT OF CRIMINAL APPEALS
OF TEXAS

MOTION DENIED
DATE: 4-1-15
BY: PC

NO. WR-82,546-01

| EX PARTE | § | IN THE DISTRICT COURT |
| | § | |
| JAMES JAVANCE DAVENPORT | § | 292nd JUDICIAL DISTRICT |
| | § | |
| | § | DALLAS COUNTY, TEXAS. |

MOTION OF DEFAULT

To the honorable Court Of Criminal Appeals. Comes now, James Javance Davenport, Applicant, and would respectfully show the following;

I.

Applicant was convicted of the offense of capital murder and sentenced to life imprisonment. On May 12,2014, applicant filed his original application for writ of habeas. Styled W05-41796-V(A).

II.

On June 6,2014 an order designating issues was signed by the trial court. On December 4,2014 the clerk of the trial court transmitted to this Court this application for writ of habeas corpus, without completing it's fact findings and conclusions of law.

III.

Occording to the Texas Rules of Appellate Procedures (T.R.A.P) the trial court has 6 months to complete it's fact findings and conclusions of law, which the trial court failed to do. This was caculated to stall the procedure.

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 30 2015
Abel Acosta, Clerk

Page 1 of 2

## IV.

Applicant moves this Court to consider the trial court to be " in default ", and would ask this Court to move forward with the issues set out in applicant's original application for writ of habeas corpus without any further consideration or fillings from the State or Trial Court.

## PRAYER.

Applicant prays that this Court will consider and grant this "MOTION OF DEFAULT" and make such findings that will see justice done in this case.

Signed this 24th day of March, 2015

Respectfully submitted,

James J Davenport
TDCJ# 01632406
Bill Clements Unit
9601 Spur 591
Amarillo, Texas.
79107-9606

## INMATE'S UNSWORN DECLARATION

" I, James Javance Davenport, TDCJ# 01632406, being presently incarcerated at the Bill Clements Unit in Potter County, Texas, do declare under penalty of perjury that the foregoing statements made in this motion of default are true and correct to the best of my knowledge".

Signed this 24th day of March, 2015

James J Davenport

## CERTIFICATE OF SERVICE

I, James J Davenport, certify that a true copy of the fore-going " Motion of Default ", was served on the COURT OF CRIMINAL APPEALS of TEXAS, P.O. BOX 12308, CAPITOL STATION, Austin, Texas 78711, by depositing same in the United States mail, postage pre-paid, on March 24,2015.

James J Davenport

COURT OF CRIMINAL APPEALS
P.O. BOX 12308, Capitol Station
    Austin, Texas. 78711


UNITED STATES COURT OF APPEALS
    Fifth District
Federal Building
600 S. Maestri Place
New Orleans, LA. 70130